IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 13-0386-CG-M |
| WILLIE THOMAS, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to he issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this Petition be **DENIED** and that this action be **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 27th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE